# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-0016
LT Case No. 16-2019-CA-003693

_____

DOROTHY ABRAMS, MELISSA
RZEPKO, ROBYN WENGER, and
HOWARD ABRAMS,

     Appellants,

     v.

WILLIAM LANGFAN, Individually
and as Trustee under the
William K. Langfan Revocable
Trust Agreement Dated
November 12, 1992,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
Gary L. Wilkinson, Judge.

Jason Gordon, of Law Offices of Jason Gordon, P.A., Hollywood,
and Dane T. Stanish, of Law Offices of Dane Stanish, P.A.,
Hollywood, for Appellants.

Thomas C. Adam, of Adam Law Group, P.A., Jacksonville, for
Appellee.

March 5, 2024

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and SOUD, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____